UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Linda Goetz,

    Plaintiff,

          v.                      Case No. 1:11cv270

City of Forest Park,                    Judge Michael R. Barrett

    Defendant.

## AMENDED CALENDAR ORDER

Pursuant to the parties' Joint Motion to Amend Case Scheduling Order (Doc. 10), which requests that the discovery deadline and dispositive motion deadline be modified, this case shall proceed as follows:

1. Telephone Status Conference[1]: **March 7, 2012 at 10:30 am**

2. Discovery deadline[2]: **April 16, 2012**

3. Dispositive motion deadline[3]: **May 15, 2012**

4. Settlement Conference[4]: **May 15, 2012 at 1:30 pm, Room 239**

5. Joint Final Pretrial Order/Jury Instructions[5]: **September 7, 2012**

6. Final pretrial conference: **September 14, 2012 at 9:30 am, Room 239**

---

[1] Parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to the scheduled time.

[2] Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[3] Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R.  The Court will not read beyond 20 pages unless leave has been previously sought and granted.  This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

[4] Special Instructions regarding settlement: 1.  All parties must bring their client or a representative with full settlement authority.  Failure to follow this requirement will result in sanctions; 2.  Each counsel must prepare and submit via hand delivery to the Court or via the chamber's email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date.  These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.

[5] You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at:  www.ohsd.uscourts.gov .  The Joint Final Pretrial Order and the Jury Instructions shall be emailed to Chambers at barrett_chambers@ohsd.uscourts.gov consistent with the Court's trial procedures found on the above-mentioned website.

7.  Jury Trial: **October 15, 2012 at 9:30 am, Courtroom 109**

    **IT IS SO ORDERED.**

*s/Micheal R. Barrett*
Michael R. Barrett
United States District Judge
